UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

MICHAEL CLAY                                                                                           Plaintiff

v.                                                                                      Civil Action No. 3:24CV-16-RGJ

WELLS FARGO HOME MORTGAGE                                                              Defendants

\* \* \* \* \*

## ORDER

The Court, having been advised by counsel that settlement has been reached on all matters in this case as to Wells Fargo Home Mortgage [DE 25], **ORDERS** that this action be, and the same hereby is, **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the **ACTIVE DOCKET.**

The parties shall tender an agreed order dismissing this case with prejudice within forty-five (45) days of entry of this Order. The Court will entertain a motion to redocket this action upon application to this Court within forty-five (45) days from entry of this Order if the settlement is not consummated as to **Wells Fargo Home Mortgage only.**

March 14, 2024

Rebecca Grady Jennings, District Judge
United States District Court

Copies to:  Counsel of Record