IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
(LOUISVILLE DIVISION)

MICHAEL CLAY          PLAINTIFF

v.          CASE NO.: 3:24-cv-00016-RGJ-RSE

WELLS FARGO HOME MORTGAGE, N.A. et al.          DEFENDANTS

## AGREED ORDER OF DISMISSAL

Upon agreement of the Plaintiff, Michael Clay, and the Defendant, Wells Fargo Home Mortgage ("Wells Fargo"), each by counsel, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Plaintiff's claims asserted in this litigation against Wells Fargo are hereby DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs.

Respectfully Submitted

 */s/ David W. Hemminger*
 David W. Hemminger
 Hemminger Law Office, PSC
 331 Townepark Circle, Suite 100-C
 Louisville, KY 40243
 Tel. 502-443-1060
 hemmingerlawoffice@gmail.com
 *Counsel for Plaintiff*

*/s/Reid S. Manley (with permission)*
Reid S. Manley
Burr & Forman LLP - Birmingham
420 North 20th Street, Suite 3400
Birmingham, AL 35203
205-251-3000
Fax: 205-458-5100
Email: rmanley@burr.com
*Counsel for Defendant, Wells Fargo Home Mortgage*