IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
(LOUISVILLE DIVISION)

MICHAEL CLAY                                                                                    PLAINTIFF

v.                                                              CASE NO.: 3:24-cv-00016-RGJ-RSE

WELLS FARGO HOME MORTGAGE et al.                                                DEFENDANTS

## AGREED ORDER OF DISMISSAL

Upon agreement of the Plaintiff, Michael Clay, and the Defendant, Experian Information Solutions, Inc. ("Experian"), each by counsel, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Plaintiff's claims asserted in this litigation against Experian are hereby DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs.

Respectfully Submitted

/s/ David W. Hemminger
David W. Hemminger
Hemminger Law Office, PSC
331 Townepark Circle, Suite 100-C
Louisville, KY 40243
Tel. 502-443-1060
hemmingerlawoffice@gmail.com
*Counsel for Plaintiff*

/s/Christopher P. Farris (with permission)
Christopher P. Farris
Billings Law Firm, PLLC
145 Constitution Street
Lexington, KY 40507
859-225-5240
Fax: 859-225-5241
Email: cpfarris@blfky.com
*Counsel for Defendant, Experian Information Solutions, Inc.*

Rebecca Grady Jennings, District Judge
United States District Court

July 15, 2024